██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID B. JIMERSON, Appellant. (Appeal No. 1.) [786 NYS2d 754]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered January 14, 2002. The court revoked defendant's probation and sentenced defendant to a term of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Jimerson* (13 AD3d 1140 [2004]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Martoche and Hayes, JJ.